THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv88

| | |
|---|---|
| CONNIE MacCONNELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RETRIEVAL-MASTERS CREDITORS ) <br> BUREAU, INC. d/b/a AMERICAN ) <br> MEDICAL COLLECTION AGENCY, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Notice of Settlement [Doc. 14], advising that this case has been completely settled.

The Court will allow the parties thirty (30) days to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: March 5, 2012

Martin Reidinger
United States District Judge